IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT ERIC LEE,  )  | Civ. No. 11-00169 ACK-BMK |
| Plaintiff,  )  | |
| vs.  )  | |
| UNITED STATES,  )  | |
| Defendant.  )  | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 31, 2012, Defendant's Motion for Reconsideration having been denied on January 2, 2013, and no further objections having been filed by either party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation that Defendant United States of America's Motion To Terminate Maintenance and Cure Be Denied" (Doc. No. 118) are adopted as the opinion and order of this Court.

      IT IS SO ORDERED.

      DATED: Honolulu, Hawai'i, January 28, 2013



                                      _____
                                      Alan C. Kay
                                      Sr. United States District Judge

<u>Lee v. United States</u>, Civ. No. 11-00169 ACK BMK, Order Adopting Magistrate Judge's Findings and Recommendation